JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:20-cv-06522-ODW (JEMx) | Date | March 3, 2022 |
|---|---|---|---|
| Title | *Ebby Bakhtiar v. FCA US LLC et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

Pursuant to the parties' Stipulation to Dismiss Case, (ECF No. 66), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that:

1. All claims as asserted by Plaintiff Bakhtiar are hereby **DISMISSED WITH PREJUDICE**;

2. All claims asserted by a putative class are hereby **DISMISSED WITHOUT PREJUDICE**; and

3. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

: 00

Initials of Preparer   SE